■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENDELL HENDERSON, Appellant. [751 NYS2d 881] —Appeals by the defendant from (1) a judgment of the Supreme Court, Kings County (Feldman, J.), rendered January 31, 2000, convicting him of criminal possession of a weapon in the second degree under Indictment No. 1003/99, upon an jury verdict, and imposing sentence, and (2) an amended judgment of the same court,

also rendered January 31, 2000, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his prior conviction, as a youthful offender, of robbery in the first degree under Indictment No. 1128/94.

Ordered that the judgment and the amended judgment are affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of criminal possession of a weapon in the second degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

Contrary to the defendant's contention, the prosecution's failure to turn over a certain "911" tape to the defense did not constitute either a *Brady* or a *Rosario* violation (*see Brady v Maryland,* 373 US 83; *People v Rodriguez,* 223 AD2d 605; *People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866; *People v Thomas,* 255 AD2d 467).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Altman, J.P., Florio, O'Brien and H. Miller, JJ., concur.